AO 442 (Rev. 02/2005-EDVA) Warrant for Arrest

# United States District Court
## EASTERN DISTRICT OF VIRGINIA

## WARRANT FOR ARREST

UNITED STATES OF AMERICA

v.

Willia Mae Butler

**FILED**

OCT 0 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

06-427-M-01

CASE NUMBER: 1:96cr411

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest <u>Willia Mae Butler</u> and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__Indictment __Information __Complaint __Order of Court __Violation Notice _X_ Supervised Release Violation

charging him or her with (brief description of offense):

Violation of Supervised Release - See Attached Petition

In Violation of Title <u>18</u> United States Code, Section(s) <u>3583</u>

<u>Jenny Wheeler</u>
Name of Issuing Officer

*(signature)*
Signature of Issuing Officer

<u>Deputy Clerk</u>
Title of Issuing Officer

3/9/06
<u>401 Courthouse Square Alexandria, VA 22314</u>
Date and Location

Bail fixed at $ __No Bond__

by_ <u>Honorable T.S. Ellis, III</u>
U.S. District Judge

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 3-9-06 | DAVID BALDWIN | *David Baldwin* |
| Date of Arrest 10-3-06 | SDUSM | |

Prob 12
(Mod. For E.VA 01/05)

**FILED**
OCT 0 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
for
EASTERN DISTRICT OF VIRGINIA

**FILED**
MAR - 8 2006
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

U.S.A. vs. Willia Mae Butler          Docket No. 1:96CR00411-002

06-427-M-01

Petition on Supervised Release

COMES NOW Christopher S. Mangione, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Willia Mae Butler, who was placed on supervision by the Honorable T.S. Ellis, III sitting in the Court at Alexandria, Virginia, on the 28th day of March, 1997, who fixed the period of supervision at THREE (3) YEARS, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall participate as directed and approved by the probation officer for treatment of narcotic addiction, drug dependency, or alcohol dependency, which includes urinalysis or other drug detection measures and which may require residence and/or participation in a residential facility, as well as your assistance in paying for the cost of urinalysis testing and/or counseling.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
See Attachment(s)

PRAYING THAT THE COURT WILL ORDER a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

Bond Recommendation: No Bond

ORDER OF COURT

Considered and ordered this 8th day of March, 2006 and ordered filed and made a part of the records in the above case.

_____
The Honorable T.S. Ellis, III
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 4, 2006

_____
Christopher S. Mangione /DCR
U.S. Probation Officer

Place Manassas, Virginia

TO CLERK'S OFFICE

Petition on Supervised Release
Page 2
RE: BUTLER, Willia Mae

OFFENSE: Conspiracy to distribute and possession with intent to distribute cocaine; and Possession with intent to distribute cocaine.

SENTENCE: One-hundred and eight (108) months in the Bureau of Prisons followed by three (3) years supervised release on each count to run concurrently.

ADJUSTMENT TO SUPERVISION: On January 9, 2004, the defendant was released by the Bureau of Prisons directly to the District of Maryland. On October 20, 2005, the defendant's supervision was transferred from the District of Maryland to the District of Columbia.

On March 3, 2006, our office received a notice of violation from U.S. Probation Officer Van Hoang in the District of Columbia. According to Officer Hoang, the defendant has tested positive for cocaine on three (3) occasions, failed to comply with her referral for substance abuse testing and treatment, and absconded from supervision.

VIOLATIONS: The following violations are submitted for the Court's consideration.

SPECIAL CONDITION:   FAILURE TO SATISFACTORILY PARTICIPATE IN A DRUG TREATMENT PROGRAM.

Willia Mae Butler failed to satisfactorily participate in substance abuse testing and treatment at the Renaissance Treatment Center as referred by U.S. Probation Officer Van Hoang.

CONDITION 6:   FAILURE TO NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS OF CHANGE IN RESIDENCE.

Willia Mae Butler failed to notify U.S. Probation Officer Van Hoang within 72 hours of her change in residence. On February 23, 2006, Officer Hoang conducted a home visit at             S.E., Apartment   , Washington, D.C. 20003, the defendant's last known address. During the visit, Officer Hoang met with the defendant's sister, and she advised that the defendant had not been there two (2) weeks. Officer Hoang further noted that from his observations of the defendant's room, she had packed up her belongings and left.

CONDITION 7:   USE OF COCAINE.

On December 20, 2005, January 3, 2006, and January 26, 2006, Willia Mae Butler submitted urine specimens which tested positive for cocaine.

CSM/csm