**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
Date: 10/13/06


RECEIVED MAILROOM
OCT 18 2006
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

**Nancy Mayer-Whittington**
**Clerk of the Court**

Address of Other Court: United States District Court
Martin V.B. Bostetter, Jr. U.S. Courthouse
200 South Washington St.
Alexandria, VA. 22314-5405
RE: 06-427M Willia Mae Butler

FILED
OCT 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

|   |                                      |   |                     |
|---|--------------------------------------|---|---------------------|
|   | Docket Sheet                         |   | Warrant of Removal  |
| X | Warrant/Pet on Supervised Release    |   | Order of Removal    |
|   | Minute Order Appointing Counsel      |   | Detention Order     |
|   | Corporate Surety Bond                | X | Waiver of Removal   |
|   | Personal Surety Bond                 |   |                     |
| X | Other-Blotter dated 10/11/06 and 10/3/06 |   |                 |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk